CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
FEB 1 6 2018
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| RICHARD EVOLLUOS, <br> Plaintiff, | Civil Action No. 7:17-cv-00567 |
| v. | **MEMORANDUM OPINION** |
| PITTSYLVANIA COUNTY SHERIFF, et al, <br> Defendant(s). | By: Michael F. Urbanski <br> Chief United States District Judge |

Richard Evolluos, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered January 17, 2018, the court directed plaintiff to submit within 20 days from the date of the Order the required monthly statements and the inmate account form obtained from the appropriate prison official. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions. On February 13, 2018 the conditionally filed order was returned as undeliverable with no forwarding address. By an earlier order plaintiff was directed to notify the court in writing immediately upon plaintiff's transfer or release and shall provide a new address; no such address change was received by the Clerk's Office. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This 15 day of February, 2018.

/s/ Michael F. Urbanski
Chief United States District Judge